No. 90–6886. CARPENTER *v.* MORRIS. C. A. 6th Cir. Certiorari denied.

No. 90–6906. GUZMAN *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 90–6946. BEAN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 90–6957. LUCIDO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–6986. KUNEK *v.* COFFMAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–6991. O'KEEFE *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–6992. NICHOLS *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 90–6994. COLLINS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–7046. PRUITT *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 90–7091. GUERRERO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7124. BAILEY *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 90–7144. SAAHIR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–7179. HILL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7336. DRAKE *v.* CENTRAL INTELLIGENCE AGENCY ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7373. THOMAS *v.* JOHNSON CONTROLS, INC. Sup. Ct. Tex. Certiorari denied.